IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELVIN L. JEFFERSON, : | |
| Plaintiff : | |
| : | No. 1:18-cv-01625 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN CLAIR DOLL, et al., : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 22nd day of August 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2), construed as a motion to proceed without the full prepayment of costs and filing fees, is **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to the screening provisions of the Prison Litigation Reform Act;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge